IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

STEVEN SAHLEIN,                                                    PLAINTIFFS
EMELINE SAHLEIN, and
RITA SAHLEIN

V.                                              CIVIL ACTION NO. 3:15-CV-109-SA-JMV

CALIBER HOME LOANS, INC., et al                                    DEFENDANTS

ORDER

For the reasons fully articulated in a separate Memorandum Opinion issued this day, this

case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 12(h)(3) for

lack of subject matter jurisdiction. This case is CLOSED.

**SO ORDERED, this the 17th day of May, 2016.**

**/s/   Sharion Aycock_____**
**UNITED STATES DISTRICT JUDGE**